

**Korde & Associates, P.C.**
Attorneys at Law

707 Sable Oaks Dr., Suite 250
South Portland, Maine 04106
Tel: (207) 775-6223 • Fax: (207) 775-6995

EXHIBIT D

Serving the States of:
- Connecticut
- Maine
- Massachusetts
- New Hampshire
- Rhode Island

January 6, 2023

Casey J. Ellis
696 North Searsport Road
Frankfort, ME 04438

CERTIFIED MAIL, RETURN
RECEIPT REQUESTED AND
FIRST CLASS MAIL, POSTAGE
PRE-PAID

Notice of Right to Cure
14 M.R.S. §6111

Re:   $97,697.00 Promissory Note and Mortgage dated November 26, 2018
      696 North Searsport Road, Frankfort, ME 04438
      Our File No: 22-001183

Dear Sir/Madam:

This office represents Carrington Mortgage Services, LLC ("Holder"), the current holder of the following loan documents: (i) Promissory Note dated November 26, 2018 between HomeBridge Financial Services, Inc. DBA Real Estate Mortgage Network as lender and Casey J. Ellis as borrower in the original principal amount of $97,697.00 (the "Note"), and (ii) Mortgage securing repayment of the Note given by Casey J. Ellis to HomeBridge Financial Services, Inc. DBA Real Estate Mortgage Network dated November 26, 2018 and recorded in the Waldo County Registry of Deeds in Book 4328, Page 206 (the "Mortgage"). The Note and Mortgage are collectively referred to herein as the "Loan Documents."

Please be advised that you are in default of the terms of the Loan Documents. The reason for your default is the failure to make payments of principal and interest when due.

The following amounts are past due:

| | |
|---|---:|
| 8 Payments of $677.45<br>6/1/2022 - 1/1/2023 | $5,419.60 |
| Late Charges | $108.48 |
| Inspection Fees | $116.25 |
| Property Preservation Fees | $30.00 |
| Suspense Balance | ($224.04) |
| Attorney's Fees/Costs | $1,275.00 |
| Foreclosure Title Fees | $325.00 |
| **TOTAL AMOUNT DUE TO CURE THE DEFAULT** | **$7,050.29** |

Hours of Operation: 8:30am – 5:30pm, EST Monday thru Friday
22-001183      www.LOGS.com/korde      Page 1 of 3
THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

The total amount due to cure the default does not include any amounts that become due after the date of this notice.

You have the right to cure this default by making full payment of all amounts that are due as set forth above within 35 days from the date this notice is given. If payment is not made, all sums due under the Loan Documents may be declared accelerated and immediately payable in full without further demand, and the mortgage holder or another person or entity may acquire the subject property by means of foreclosure and sale. If you meet the conditions stated in the Mortgage, you will have the right to have the enforcement of the Mortgage discontinued and to have the Note and Mortgage remain fully effective as if immediate payment in full had never been required.

Said funds must be in the form of a **bank or certified check** made payable to **Carrington Mortgage Services, LLC** and delivered to Korde & Associates, P.C., 707 Sable Oaks Dr., Suite 250, South Portland, ME 04106.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Loan Documents and to assert the nonexistence of a default or any other defense to acceleration and foreclosure. Where Court supervised mediation is available, you may request mediation to explore options for avoiding foreclosure judgment. If the Loan Documents so provide, you may also have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the Loan Documents; 3) pay all of lender's reasonable expenses in enforcing the Loan Documents including, for example, reasonable attorney's fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the Loan Documents, and your obligations under the Loan Documents remain unchanged.

You may have options other than foreclosure. You may discuss available options with the Holder or a counselor approved by the United States Department of Housing and Urban Development ("HUD"), and you are encouraged to explore available options prior to the end of your right-to-cure period. If you are in need of financial advice, you may contact a HUD approved housing counseling agency. These agencies provide experienced home ownership counseling at no charge to you. For more information regarding the agencies in your area, call 1-800-569-4287. We have also attached a list including the name, address, telephone number and other contact information for all counseling agencies approved by HUD to assist Maine consumers.

If you wish to modify the terms of the loan, you may discuss whether this option is available by contacting:

Carrington Mortgage Services, LLC
1600 South Douglass Road
Suite 200-A
Anaheim, CA 92806
1-800-561-4567 or 877-267-1221
mortgageassistance@carringtonms.com

If you have been previously discharged from personal liability for the obligations secured by the mortgage as a result of a bankruptcy proceeding, this letter is given to you not for the purpose of demanding payment, but to advise you of the consequences of non-payment, specifically the foreclosure of the mortgage.

If you have any questions concerning the above, please contact us at the above address.

Sincerely,

**KORDE & ASSOCIATES, P.C.**

This listing is current as of **12/14/2022**.

## Agencies located in MAINE

| | |
|---|---|
| **Agency Name:** | PENQUIS COMMUNITY ACTION PROGRAM |
| **Phone:** | 207-973-3500 |
| **Toll Free:** | |
| **Fax:** | |
| **Email:** | N/A |
| **Address:** | 262 Harlow St<br>Bangor, Maine 04401-4952 |
| **Counseling Services:** | - Financial, Budgeting, and Credit Workshops<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |
| **Website:** | http://www.penquis.org |
| **Agency ID:** | 81649 |

| | |
|---|---|
| **Agency Name:** | COASTAL ENTERPRISES, INCORPORATED |
| **Phone:** | 207-504-5900 |
| **Toll Free:** | 877-340-2649 |
| **Fax:** | |
| **Email:** | jason.thomas@ceimaine.org |
| **Address:** | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |
| **Counseling Services:** | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Home Improvement and Rehabilitation Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Predatory Lending Education Workshops<br>- Rental Housing Counseling<br>- Reverse Mortgage Counseling<br>- Services for Homeless Counseling |
| **Languages:** | - English<br>- Spanish |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | http://www.ceimaine.org |
| **Agency ID:** | 80985 |

| | |
|---|---|
| **Agency Name:** | FOUR DIRECTIONS DEVELOPMENT CORPORATION |
| **Phone:** | 207-866-6545 |
| **Toll Free:** | |
| **Fax:** | |
| **Email:** | N/A |
| **Address:** | 20 Godfrey Dr<br>Orono, Maine 04473-3610 |
| **Counseling Services:** | - Financial Management/Budget Counseling<br>- Financial, Budgeting, and Credit Workshops<br>- Home Improvement and Rehabilitation Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | OWEESTA CORPORATION |
| **Website:** | http://www.fourdirectionsmaine.org |
| **Agency ID:** | 83879 |

| | |
|---|---|
| **Agency Name:** | AVESTA HOUSING DEVELOPMENT CORPORATION |
| **Phone:** | 207-553-7780-3347 |
| **Toll Free:** | 800-339-6516 |
| **Fax:** | 207-553-7778 |
| **Email:** | ndigeronimo@avestahousing.org |
| **Address:** | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| **Counseling Services:** | - Financial Management/Budget Counseling<br>- Home Improvement and Rehabilitation Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |

|  |  |
|---|---|
|  | - Rental Housing Counseling |
|  | - Rental Housing Workshops |
| **Languages:** | - English |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | www.avestahousing.org |
| **Agency ID:** | 81144 |

|  |  |
|---|---|
| **Agency Name:** | YORK COUNTY COMMUNITY ACTION AGENCY |
| **Phone:** | 207-324-5762 |
| **Toll Free:** |  |
| **Fax:** | 207-490-5026 |
| **Email:** | meaghan.arzberger@yccac.org |
| **Address:** | 6 Spruce Street |
|  | SANFORD, Maine 04073-2917 |
| **Counseling Services:** | - Fair Housing Pre-Purchase Education Workshops |
|  | - Financial Management/Budget Counseling |
|  | - Home Improvement and Rehabilitation Counseling |
|  | - Mortgage Delinquency and Default Resolution Counseling |
|  | - Non-Delinquency Post Purchase Workshops |
|  | - Pre-purchase Counseling |
|  | - Pre-purchase Homebuyer Education Workshops |
|  | - Predatory Lending Education Workshops |
|  | - Rental Housing Counseling |
|  | - Services for Homeless Counseling |
| **Languages:** | - English |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | http://www.yccac.org |
| **Agency ID:** | 81150 |

|  |  |
|---|---|
| **Agency Name:** | COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE |
| **Phone:** | 207-333-6419 |
| **Toll Free:** | 800-866-5588 |
| **Fax:** | 207-795-4069 |
| **Email:** | homequest@community-concepts.org |
| **Address:** | 17 Market Sq |
|  | South Paris, Maine 04281-1533 |
| **Counseling Services:** | - Fair Housing Pre-Purchase Education Workshops |
|  | - Financial Management/Budget Counseling |
|  | - Financial, Budgeting, and Credit Workshops |
|  | - Mortgage Delinquency and Default Resolution Counseling |
|  | - Pre-purchase Counseling |
|  | - Pre-purchase Homebuyer Education Workshops |
|  | - Rental Housing Counseling |
|  | - Resolving/Preventing Mortgage Delinquency Workshops |
| **Languages:** | - English |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | https://www.ccimaine.org/ |
| **Agency ID:** | 81580 |

|  |  |
|---|---|
| **Agency Name:** | KENNEBEC VALLEY COMMUNITY ACTION PROGRAM |
| **Phone:** | 207-859-1500 |
| **Toll Free:** | 800-542-8227 |
| **Fax:** |  |
| **Email:** | housing@kvcap.org |
| **Address:** | 101 Water St |
|  | Waterville, Maine 04901-6339 |
| **Counseling Services:** | - Financial Management/Budget Counseling |
|  | - Mortgage Delinquency and Default Resolution Counseling |
|  | - Pre-purchase Counseling |
|  | - Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |
| **Website:** | http://www.kvcap.org |
| **Agency ID:** | 81685 |



**Korde & Associates, P.C.**
Attorneys at Law

707 Sable Oaks Dr., Suite 250
South Portland, Maine 04106
Tel: (207) 775-6223 • Fax: (207) 775-6995

**Serving the States of:**

- Connecticut
- Maine
- Massachusetts
- New Hampshire
- Rhode Island

January 6, 2023

Casey J. Ellis
PO Box 156
Frankfort, ME 04438

CERTIFIED MAIL, RETURN
RECEIPT REQUESTED AND
FIRST CLASS MAIL, POSTAGE
PRE-PAID

Notice of Right to Cure
14 M.R.S. §6111

Re: $97,697.00 Promissory Note and Mortgage dated November 26, 2018
696 North Searsport Road, Frankfort, ME 04438
Our File No: 22-001183

Dear Sir/Madam:

    This office represents Carrington Mortgage Services, LLC ("Holder"), the current holder of the following loan documents: (i) Promissory Note dated November 26, 2018 between HomeBridge Financial Services, Inc. DBA Real Estate Mortgage Network as lender and Casey J. Ellis as borrower in the original principal amount of $97,697.00 (the "Note"), and (ii) Mortgage securing repayment of the Note given by Casey J. Ellis to HomeBridge Financial Services, Inc. DBA Real Estate Mortgage Network dated November 26, 2018 and recorded in the Waldo County Registry of Deeds in Book 4328, Page 206 (the "Mortgage"). The Note and Mortgage are collectively referred to herein as the "Loan Documents."

    Please be advised that you are in default of the terms of the Loan Documents. The reason for your default is the failure to make payments of principal and interest when due.

    The following amounts are past due are as follows:

| | |
|---|---:|
| 8 Payments of $677.45<br>6/1/2022 - 1/1/2023 | $5,419.60 |
| Late Charges | $108.48 |
| Inspection Fees | $116.25 |
| Property Preservation Fees | $30.00 |
| Suspense Balance | ($224.04) |
| Attorney's Fees/Costs | $1,275.00 |
| Foreclosure Title Fees | $325.00 |
| TOTAL AMOUNT DUE TO CURE THE DEFAULT | $7,050.29 |

Hours of Operation: 8:30am – 5:30pm, EST Monday thru Friday
www.LOGS.com/korde

22-001183      Page 1 of 3

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

The total amount due to cure the default does not include any amounts that become due after the date of this notice.

You have the right to cure this default by making full payment of all amounts that are due as set forth above within 35 days from the date this notice is given. If payment is not made, all sums due under the Loan Documents may be declared accelerated and immediately payable in full without further demand, and the mortgage holder or another person or entity may acquire the subject property by means of foreclosure and sale. If you meet the conditions stated in the Mortgage, you will have the right to have the enforcement of the Mortgage discontinued and to have the Note and Mortgage remain fully effective as if immediate payment in full had never been required.

Said funds must be in the form of a **bank or certified check** made payable to **Carrington Mortgage Services, LLC** and delivered to Korde & Associates, P.C., 707 Sable Oaks Dr., Suite 250, South Portland, ME 04106.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Loan Documents and to assert the nonexistence of a default or any other defense to acceleration and foreclosure. Where Court supervised mediation is available, you may request mediation to explore options for avoiding foreclosure judgment. If the Loan Documents so provide, you may also have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the Loan Documents; 3) pay all of lender's reasonable expenses in enforcing the Loan Documents including, for example, reasonable attorney's fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the Loan Documents, and your obligations under the Loan Documents remain unchanged.

You may have options other than foreclosure. You may discuss available options with the Holder or a counselor approved by the United States Department of Housing and Urban Development ("HUD"), and you are encouraged to explore available options prior to the end of your right-to-cure period. If you are in need of financial advice, you may contact a HUD approved housing counseling agency. These agencies provide experienced home ownership counseling at no charge to you. For more information regarding the agencies in your area, call 1-800-569-4287. We have also attached a list including the name, address, telephone number and other contact information for all counseling agencies approved by HUD to assist Maine consumers.

If you wish to modify the terms of the loan, you may discuss whether this option is available by contacting:

Carrington Mortgage Services, LLC
1600 South Douglass Road
Suite 200-A
Anaheim, CA 92806
1-800-561-4567 or 877-267-1221
mortgageassistance@carringtonms.com

If you have been previously discharged from personal liability for the obligations secured by the mortgage as a result of a bankruptcy proceeding, this letter is given to you not for the purpose of demanding payment, but to advise you of the consequences of non-payment, specifically the foreclosure of the mortgage.

If you have any questions concerning the above, please contact us at the above address.

Sincerely,

**KORDE & ASSOCIATES, P.C.**

This listing is current as of **12/14/2022**.

# Agencies located in MAINE

|  |  |
|---|---|
| **Agency Name:** | PENQUIS COMMUNITY ACTION PROGRAM |
| **Phone:** | 207-973-3500 |
| **Toll Free:** | |
| **Fax:** | |
| **Email:** | N/A |
| **Address:** | 262 Harlow St<br>Bangor, Maine 04401-4952 |
| **Counseling Services:** | - Financial, Budgeting, and Credit Workshops<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |
| **Website:** | http://www.penquis.org |
| **Agency ID:** | 81649 |

|  |  |
|---|---|
| **Agency Name:** | COASTAL ENTERPRISES, INCORPORATED |
| **Phone:** | 207-504-5900 |
| **Toll Free:** | 877-340-2649 |
| **Fax:** | |
| **Email:** | jason.thomas@ceimaine.org |
| **Address:** | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |
| **Counseling Services:** | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Home Improvement and Rehabilitation Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Predatory Lending Education Workshops<br>- Rental Housing Counseling<br>- Reverse Mortgage Counseling<br>- Services for Homeless Counseling |
| **Languages:** | - English<br>- Spanish |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | http://www.ceimaine.org |
| **Agency ID:** | 80985 |

|  |  |
|---|---|
| **Agency Name:** | FOUR DIRECTIONS DEVELOPMENT CORPORATION |
| **Phone:** | 207-866-6545 |
| **Toll Free:** | |
| **Fax:** | |
| **Email:** | N/A |
| **Address:** | 20 Godfrey Dr<br>Orono, Maine 04473-3610 |
| **Counseling Services:** | - Financial Management/Budget Counseling<br>- Financial, Budgeting, and Credit Workshops<br>- Home Improvement and Rehabilitation Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | OWEESTA CORPORATION |
| **Website:** | http://www.fourdirectionsmaine.org |
| **Agency ID:** | 83879 |

|  |  |
|---|---|
| **Agency Name:** | AVESTA HOUSING DEVELOPMENT CORPORATION |
| **Phone:** | 207-553-7780-3347 |
| **Toll Free:** | 800-339-6516 |
| **Fax:** | 207-553-7778 |
| **Email:** | ndigeronimo@avestahousing.org |
| **Address:** | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| **Counseling Services:** | - Financial Management/Budget Counseling<br>- Home Improvement and Rehabilitation Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |

|  |  |
|---|---|
|  | - Rental Housing Counseling<br>- Rental Housing Workshops |
| **Languages:** | - English |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | www.avestahousing.org |
| **Agency ID:** | 81144 |

|  |  |
|---|---|
| **Agency Name:** | YORK COUNTY COMMUNITY ACTION AGENCY |
| **Phone:** | 207-324-5762 |
| **Toll Free:** |  |
| **Fax:** | 207-490-5026 |
| **Email:** | meaghan.arzberger@yccac.org |
| **Address:** | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |
| **Counseling Services:** | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Home Improvement and Rehabilitation Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Predatory Lending Education Workshops<br>- Rental Housing Counseling<br>- Services for Homeless Counseling |
| **Languages:** | - English |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | http://www.yccac.org |
| **Agency ID:** | 81150 |

|  |  |
|---|---|
| **Agency Name:** | COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE |
| **Phone:** | 207-333-6419 |
| **Toll Free:** | 800-866-5588 |
| **Fax:** | 207-795-4069 |
| **Email:** | homequest@community-concepts.org |
| **Address:** | 17 Market Sq<br>South Paris, Maine 04281-1533 |
| **Counseling Services:** | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Financial, Budgeting, and Credit Workshops<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Rental Housing Counseling<br>- Resolving/Preventing Mortgage Delinquency Workshops |
| **Languages:** | - English |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | https://www.ccimaine.org/ |
| **Agency ID:** | 81580 |

|  |  |
|---|---|
| **Agency Name:** | KENNEBEC VALLEY COMMUNITY ACTION PROGRAM |
| **Phone:** | 207-859-1500 |
| **Toll Free:** | 800-542-8227 |
| **Fax:** |  |
| **Email:** | housing@kvcap.org |
| **Address:** | 101 Water St<br>Waterville, Maine 04901-6339 |
| **Counseling Services:** | - Financial Management/Budget Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |
| **Website:** | http://www.kvcap.org |
| **Agency ID:** | 81685 |



UNITED STATES POSTAL SERVICE® Certificate of Mailing

To pay fee, affix stamp or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

**FROM:**
Korde & Associates, P.C.
707 Sable Oaks Drive, Ste. 250
South Portland, ME 04106

**TO:**
Casey J. Ellis
PO Box 156
Frankfort, ME 04438

22-001183

WESTBROOK, MAINE 04098
JAN -6 2023
US POSTAGE

quadient
CORRECTION
IMI
$001.65
01/06/2023 ZIP 04106
043M31235438

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

**FROM:**

Korde & Associates, P.C.
707 Sable Oaks Drive, Ste. 250
South Portland, ME 04106

**TO:**

Casey J. Ellis
696 North Searsport Road
Frankfort, ME 04438

22-001183



quadient
CORRECTION
IMI
**$001.65** ⁰
01/06/2023 ZIP 04106
043M31235438

US POSTAGE

WESTBROOK, MAINE 04098
JAN -6 2023

**WALZ CERTIFIED MAILER®**

FORM #35663 VERSION: E 8/17

Label #1

Label #2

Label #3

A  FOLD AND TEAR THIS WAY ⟶ OPTIONAL

**TO:**

Casey J. Ellis
PO Box 156
Frankfort, ME 04438

**SENDER:** Korde & Associates, P.C.

**REFERENCE:** Ellis, Casey J./CGG/22-001183
FC01-ME

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.81 |
|---|---|---|
| | Certified Fee | 4.00 |
| | Return Receipt Fee | 3.25 |
| | Restricted Delivery | |
| | Total Postage & Fees | 8.06 |

USPS® Receipt for Certified Mail®
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
JAN -6 2023
WESTBROOK, MAINE

B

Label #5

Casey J. Ellis
PO Box 156
Frankfort, ME 04438
22-001183 FC01-ME

Certified Article Number
9414 7266 9904 2113 7142 75
SENDERS RECORD

Label #4

Charge Amount:

Charge To:

FOLD AND TEAR THIS WAY ⟶

Label #6

# WALZ

W-0073-JAW-E5663
Version: E 08/17

To reorder forms, *contact us* at:

sales@walzgroup.com

(800) 381-3811

www.walzgroup.com

## WALZ SOLUTIONS:

⊕ **WALZ CERTIFIED MAILERS**: Patented forms and software to automate your in-house process

⊕ **WALZ OUTSOURCING SERVICES**: Comprehensive Outsourcing Solutions for compliant type mailings, utilizing Certified Mail® and First-Class Mail® services

⊕ **TRACKRIGHT™**: Tracks USPS® Delivery events, images and updated status

⊕ **STORERIGHT**: Return Receipt and Unclaimed Mail storage and records management system

Since 1981, WALZ has been a pioneer and the nation's leader in providing Certified Mail solutions. We offer significant domain expertise in Certified Mail and the leading solutions in the industry.

⊕ WALZ currently services 34 of the Fortune 100 companies and 86 of the AmLaw 200

⊕ 80% of the top mortgage companies are our clients along with over 3,500 organizations such as government, legal, healthcare, and insurance

⊕ Over the past 30 years, WALZ has created unique Certified Mail solutions for over 300 million mailings

### WALZ REFERRAL PROGRAM

+ Do you know someone who could benefit from using our forms?

+ Mention our forms to a friend and tell them to mention your name when they call. Both you and your friend will receive **10%** off of your next orders (limit of 10% off per order).

Promotional Code R1

---

**Label 1:** Addressee label

**Label 2:** Additional addressee label or optional return address label when using the Walz Certified Macro

**Label 3:** Return address label

**Label 4:** Sender's record of the Certified Article Number

**Label 5:** Additional label for customer files

**Label 6:** PS Form 3800 Certified sticker (affix at the top of the envelope with the perforation mark on the edge)

**Return Receipt:** Proof of delivery that provides recipient signature, delivery date and forwarded address of delivery, if applicable



FRONT



BACK

**WALZ CERTIFIED MAILER®**

FORM #35663 VERSION: E 8/17

Label #1

Label #2

Label #3

A  FOLD AND TEAR THIS WAY ⟶ OPTIONAL

TO:
Casey J. Ellis
696 North Searsport Road
Frankfort, ME 04438

SENDER: Korde & Associates, P.C.

REFERENCE: Ellis, Casey J./CGG/22-001183
FC01-ME

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.81 |
|---|---|---|
| | Certified Fee | 4.00 |
| | Return Receipt Fee | 3.25 |
| | Restricted Delivery | |
| | Total Postage & Fees | 8.06 |

USPS® Receipt for Certified Mail®
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
JAN -6 2023
WESTBROOK, ME USPS

B

Label #5

Casey J. Ellis
696 North Searsport Road
Frankfort, ME 04438
22-001183 FC01-ME

Label #6

Certified Article Number  9414 7266 9904 2113 7142 68
SENDERS RECORD

Label #4

Charge Amount:

Charge To:

FOLD AND TEAR THIS WAY ⟶

# WALZ

**Version: E 08/17**

To reorder forms, *contact us* at:

sales@walzgroup.com

(800) 381-3811

www.walzgroup.com

## WALZ SOLUTIONS:

- **WALZ CERTIFIED MAILERS** : Patented forms and software to automate your in-house process

- **WALZ OUTSOURCING SERVICES** : Comprehensive Outsourcing Solutions for compliant type mailings, utilizing Certified Mail® and First-Class Mail® services

- **TRACKRIGHT™** : Tracks USPS® Delivery events, images and updated status

- **STORERIGHT** : Return Receipt and Unclaimed Mail storage and records management system

Since 1982, WALZ has been a premier innovator in providing Certified Mail solutions. We offer significant domain expertise in Certified Mail and the leading solutions in the industry.

- WALZ currently services 34 of the Fortune 100 companies and 86 of the AmLaw 200

- 80% of the top mortgage companies are our clients along with over 3,500 organizations such as government, legal, healthcare, and insurance

- Over the past 30 years, WALZ has created unique Certified Mail solutions for over 300 million mailings

### WALZ REFERRAL PROGRAM

+ Do you know someone who could benefit from using our forms?

+ Mention our forms to a friend and tell them to mention your name when they call. Both you and your friend will receive **10%** off of your next orders (limit of 10% off per order).

**Promotional Code R1**

---

**Label 1:** Addressee label

**Label 2:** Additional addressee label or optional return address label when using the Walz Certified Macro

**Label 3:** Return address label

**Label 4:** Sender's record of the Certified Article Number

**Label 5:** Additional label for customer files

**Label 6:** PS Form 3800 Certified sticker (affix at the top of the envelope with the perforation mark on the edge)

**Return Receipt:** Proof of delivery that provides recipient signature, delivery date and forwarded address of delivery, if applicable


FRONT


BACK