UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC<br><br>    PLAINTIFF<br><br>v.<br><br>CASEY J. ELLIS;<br>STATE OF MAINE, MAINE REVENUE SERVICES<br><br>    DEFENDANTS | **Case No:** 1:23-cv-00073-JAW |

**DEFAULT JUDGMENT OF FORECLOSURE AND SALE**
**TITLE TO REAL ESTATE IS INVOLVED**

696 North Searsport Road, Frankfort, Maine 04438
Waldo County Registry of Deeds Book 4328, Page 206

Upon Motion of Plaintiff and after entry of default on the sole Defendant, the Court finds as follows:

The Plaintiff is the owner and holder of a certain promissory note in the original principal amount of $97,697.00 given by Casey J. Ellis to HomeBridge Financial Services, Inc. DBA Real Estate Mortgage Network (the "Note"). The Plaintiff is the owner and mortgagee of record of a mortgage recorded in the Waldo County Registry of Deeds in Book 4328, Page 206 (the "Mortgage"), affecting real property located at 696 North Searsport Road, Frankfort, Maine 04438, more particularly described in the legal description attached to the Mortgage (the "Premises").

1. The Mortgage was assigned as follows:

   - HomeBridge Financial Services, Inc. DBA Real Estate Mortgage Network, to Mortgage Electronic Registration Systems, Inc, as nominee for HomeBridge Financial Services, Inc. DBA Real Estate Mortgage Network, its successors and assigns dated November 28, 2018, recorded on November 15, 2019, in Book 4439, Page 83.

- Mortgage Electronic Registration Systems, Inc. to Carrington Mortgage Systems, Inc., as nominee for HomeBridge Financial Services, Inc. DBA Real Estate Mortgage Network, its successors and assigns to Carrington Mortgage Services, LLC dated March 23, 2022, recorded on March 23, 2022, in Book 4779, Page 334.

- HomeBridge Financial Services, Inc. DBA Real Estate Mortgage Network to Carrington Mortgage Services, LLC dated November 29, 2022, recorded on December 6, 2022, in Book 4867, Page 285.

2. Defendant has breached the conditions of the Mortgage as a result of a default on the Note secured thereby.

3. Defendant has not answered or otherwise appeared in this action, and mediation thus is not required by 14 M.R.S. § 6321-A.

4. Defendant was defaulted on May 10, 2023 (ECF. No. 9).

5. As of September 1, 2023, the following amounts, exclusive of fees and costs for preparation for and attendance at trial, are owed to the Plaintiff under the terms of the Note and Mortgage:

| | |
|---|---:|
| Principal Balance | $105,106.24 |
| Accrued Interest | $4,029.12 |
| FHA Premium Due HUD | $63.41 |
| Escrow Overdraft | $2,476.23 |
| Title Fees | $400.00 |
| Inspection Fees | $236.25 |
| Attorney's Fees/Costs | $3,746.44 |
| Suspense Balance (credit) | ($224.04) |
| Property Preservation | $30.00 |
| Property Registration | $70.00 |
| **Total** | **$115,933.65** |

Additional pre-judgment interest is accruing and post-judgment interest will accrue at a rate of 2.875% per annum in accordance with the Note and § 1602-B.  Plaintiff has foregone any right to a higher interest rate that may be allowable under 14 M.R.S. § 1602-C.  Additional attorney's fees, real estate taxes, costs and amounts advanced to protect the security of the Mortgage may continue to accrue through the date of redemption or sale and the completion of these proceedings.

6. The order of priority of any party appearing in this action is as follows:

    First Priority: The Mortgage held by Carrington Mortgage Services, LLC recorded in the Waldo County Registry of Deeds in Book 4328, Page 206. The amount due the Plaintiff is as set forth above.

7. The following parties were named in this action but did not answer or otherwise appear:

  Casey J. Ellis

  State of Maine, Maine Revenue Services

8. There are no public utility easements affected by this action.

9. The names and addresses (if known) of all parties to this action and their counsel of record are identified as follows:

    a.   Carrington Mortgage Services, LLC
         1600 South Douglass Road, Suite 200-A
         Anaheim, CA 92806

    Counsel:   Carrie Folsom, Esq., #9510
               Korde & Associates, P.C.
               707 Sable Oaks Dr., Suite 250
               South Portland, ME 04106
               (207) 775-6223

    b.   Casey J. Ellis
         696 North Searsport Road
         Frankfort, ME 04438

    Counsel:   Unknown

    c.   State of Maine, Maine Revenue Services
         6 State House Station
         Augusta, ME 04438

    Counsel:   Unknown

10. The docket number for this action is 1:23-cv-00073-JAW.

11. All parties have received notice of these proceedings in accordance with the applicable provisions of the Maine Rules of Civil Procedure and any order of this Court.

IT IS THEREFORE ORDERED AND ADJUDGED that:

a. Default Judgment of Foreclosure and Sale is hereby entered in favor of Carrington Mortgage Services, LLC. If Casey J. Ellis does not pay to Plaintiff, its successors and assigns, the amount of the Plaintiff's total claim due as set forth above within the statutory 90-day period of redemption established by 14 M.R.S. § 6322, then Carrington Mortgage Services, LLC, its successors and assigns, shall sell the Premises pursuant to 14 M.R.S. § 6321 et seq., and shall disburse the proceeds of the sale, after deducting the expenses thereof, in the following order:

*First*, to Carrington Mortgage Services, LLC, its successors and assigns, as set forth above;

*Second*, the surplus proceeds, if any, to the Clerk of Court for the benefit of Casey J. Ellis in accordance with 14 M.R.S. § 6324.

b. An execution shall issue against Casey J. Ellis for any deficiency that may result, provided that the statutory requirements are met.

c. All remaining rights of the Defendant to possession shall terminate upon expiration of the statutory ninety (90) day redemption period. If Defendant has not redeemed the mortgage by that date, Defendant is ordered to vacate the real estate at that time, and a Writ of Possession shall issue to the Plaintiff for possession of the real property upon application for the same.

d. The Court specifically finds that there is no just reason for delay of the entry of final judgment for the relief requested in Plaintiff's complaint, and the Clerk is directed to enter this Order as a final judgment pursuant to Rule 54.

      e.    If an appeal is not filed and the Clerk has so certified, Carrington Mortgage Services, LLC shall be responsible for recording an attested copy of this judgment in the Waldo County Registry of Deeds and paying the recording fee.

      f.    Pursuant to Rule 79(a) this Order may be incorporated by reference on the Civil Docket.

Dated this 20th day of March, 2024.

                                    /s/ John A. Woodcock, Jr.
                                    JOHN A. WOODCOCK, JR.
                                    UNITED STATES DISTRICT JUDGE